UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HANDY TEEMAC,         Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:12-CV-5241-M (BF) |
| FRITO-LAY, INC.,         Defendant. | § § § § | |

## ORDER ACCEPTING SUPPLEMENTAL FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Supplemental Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the Supplemental Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Supplemental Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss [D.E. 16] is denied as moot and this action is dismissed without prejudice.

**SO ORDERED** this 19th day of March, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS